UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

| | | |
|---|---|---|
| RICO ISAIH HAIRSTON, | : | Case No. 1:22-cv-104 |
| Plaintiff, | : | |
| vs. | : | District Judge Susan J. Dlott |
| | : | Magistrate Judge Peter B. Silvain, Jr. |
| FRELON SPARKS, *et al.*, | : | |
| Defendants. | : | |

**ORDER**

This matter is before the Court on Plaintiff's request for a preliminary injunction (Doc. #17) and the State of Ohio's request for a status conference on Plaintiff's request for injunctive relief. (Doc. #22).

On April 7, 2022, District Judge Dlott granted Plaintiff's request for a temporary restraining order and directed the Warden of Southern Ohio Correctional Facility ("SOCF") or the Warden's representative to immediately place Plaintiff in protective custody. (Doc. #16, *PageID* #s 93-94).  Thereafter, Plaintiff filed a notice with the Court, alleging that the "Defendants are attempting to transfer [him] out of state in retaliation for exercising [his] constitutional rights." (Doc. #17, *PageID* #15).  As a result, Plaintiff requested a preliminary injunction to prevent the Defendants from moving him out of Ohio.  *Id*. at 97.

In response, the State of Ohio, as an interested party in this case, filed a notice of compliance with the Court's temporary restraining order, confirming that Defendant will remain in a Transitional Placement Unit, which is SOCF's equivalent of a "protective custody" unit until the Court instructs otherwise.  (Doc. #22, *PageID* #115).  Additionally, the State of Ohio requested

that the Court hold a status conference with all the parties to address Plaintiff's request for injunctive relief. *Id*. at 116.

For good cause shown, the State of Ohio's request for a status conference (Doc. #22) is **GRANTED**. Accordingly, SOCF shall make Plaintiff Rico Isaih Hairston, #A741324, available for the teleconference on **Friday, April 29, 2022** at **11:00 a.m**. The teleconference shall proceed under the terms and conditions set by the rules of the SOCF and on the following conditions:

1. Counsel for the State of Ohio must immediately contact the appropriate officials at the SOCF (i) to finalize and otherwise arrange for Plaintiff to be present and able to participate in the teleconference on **Friday, April 29, 2022** at **11:00 a.m** and (ii) to effect advanced notice to Plaintiff of the date and time when the teleconference will occur; and

2. Please call 888-363-4735. The access code is 6287286. The security code is 123456. If the parties have any questions, please call Chambers at 937-512-1620.

**IT IS SO ORDERED.**

April 19, 2022

*s/Peter B. Silvain, Jr.*
Peter B. Silvain, Jr.
United States Magistrate Judge