# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

| | | |
|---|---|---|
| RICO ISAIH HAIRSTON, | : | Case No. 1:22-cv-104 |
| Plaintiff, | : | |
| vs. | : | District Judge Susan J. Dlott |
| | : | Magistrate Judge Peter B. Silvain, Jr. |
| FRELON SPARKS, *et al.*, | : | |
| Defendants. | : | |

## ORDER

This matter is before the Court upon Defendants' Motion for an Extension of Time to Provide Plaintiff Discovery Responses (Doc. #147). Defendants move the Court for a 21-day extension of time, until May 22, 2024, to provide Plaintiff with the supplemental responses and affidavits responsive to his Third, Fourth, and Fifth Sets of Discovery Requests. (Doc. #147).

For good cause shown, Defendants' Motion for an Extension of Time to Provide Plaintiff Discovery Responses (Doc. #147) is **GRANTED**. Defendants shall provide Plaintiff with supplemental responses—as discussed during the April 1, 2024 teleconference—to Plaintiff's Third, Fourth, and Fifth Sets of Discovery Requests by **May 22, 2024**.

IT IS SO ORDERED.

May 1, 2024

*s/Peter B. Silvain, Jr.*
Peter B. Silvain, Jr.
United States Magistrate Judge