UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT CINCINNATI

| | |
|---|---|
| RICO ISAIH HAIRSTON, | Case No. 1:22-cv-104 |
| Plaintiff, | |
| vs. | District Judge Susan J. Dlott |
| | Magistrate Judge Peter B. Silvain, Jr. |
| FRELON SPARKS, *et al.*, | |
| Defendants. | |

# ORDER

This matter is before the Court upon Plaintiff's Motion for Leave to Supplement Motion for Summary Judgment. (Doc. #161). In the Motion, Plaintiff indicates that Exhibits U-2, U-3, U-4, V, V-1, and W were sent back to him for postage needed. *Id*. at 1580. He asks to attach these Exhibits to his Motion for Summary Judgment (Doc. #160).

For good cause shown, Plaintiff's Motion (Doc. #161) is **GRANTED**.

Plaintiff also asks the Court if it received Exhibits A through A-5, B, R, and X. (Doc. #161). He indicates that the receipt he received does not list them. *Id.* at 1580. He states that these Exhibits should have been attached. *Id.*

The docket accurately reflects the Exhibits received by the Court.[1] Plaintiff shall submit any missing exhibits by **October 10, 2024**.

**IT IS SO ORDERED.**

September 10, 2024

s/*Peter B. Silvain, Jr.*
Peter B. Silvain, Jr.
United States Magistrate Judge

---

[1] The undersigned also notes that Plaintiff labeled his envelopes 1 through 20. *See* Doc. #160-21. The Court did not receive envelopes 3, 11, 13, 14, 15, 17, and 18.