UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT CINCINNATI

| | |
|---|---|
| RICO ISAIH HAIRSTON, | Case No. 1:22-cv-104 |
| Plaintiff, | |
| vs. | District Judge Susan J. Dlott |
| | Magistrate Judge Peter B. Silvain, Jr. |
| FRELON SPARKS *et al*., | |
| Defendants. | |

# ORDER

This matter is before the Court on Plaintiff's Motion for Leave to Attach to Plaintiff's Motion Summary Judgment (Doc. #161) and Defendants' Motion for An Extension of Time to File Response to Plaintiff's Dispositive Motion and Cross-Motion for Summary Judgment (Doc. #164).

In Plaintiff's Motion, he requests leave to attach his 28 U.S.C. 1746 Declaration with complaint and statement of facts. (Doc. #163). The complaint he seeks to attach was previously filed with the Court (Doc. #93).[1]  Plaintiff's request to attach his Declaration is hereby **GRANTED**. However, Plaintiff's request to attach his complaint is **DENIED**, as the complaint is already a part of the record in this case. *See* Doc. #93.

In Defendants' Motion, they request an extension of time—from October 10, 2024, to November 22, 2024—to file a response to Plaintiff's Motion for Summary Judgment and to file a cross-motion for summary judgment. (Doc. #164). For good cause shown, Defendants' Motion for An Extension of Time is hereby **GRANTED**. Accordingly, Defendants' response to Plaintiff's

---

[1] The Court granted, in part, and denied, in part, Plaintiff's "Motion for Leave Amended Complaint." (Doc. #s 127, 131).

Motion for Summary Judgment (Doc. #160) and Defendants' cross-motion for summary shall be filed on or before **November 22, 2024**.

    **IT IS SO ORDERED.**

September 19, 2024                                        *s/Peter B. Silvain, Jr.*
                                                                      Peter B. Silvain, Jr.
                                                                      United States Magistrate Judge