# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT CINCINNATI

| | | |
|---|---|---|
| RICO ISAIH HAIRSTON, | : | Case No. 1:22-cv-104 |
| Plaintiff, | : | |
| vs. | : | District Judge Susan J. Dlott |
| | : | Magistrate Judge Peter B. Silvain, Jr. |
| FRELON SPARKS *et al.*, | : | |
| Defendants. | : | |

## ORDER

This matter is before the Court on Defendants' Motion for An Extension of Time to File Responses (Doc. #201).  In the Motion, Defendants ask for a fourteen-day extension of time to file responses to Plaintiff's Motion for Status Conference and Temporary Restraining Order (Doc. #199) and Plaintiff's Memorandum (regarding Defendants' compliance with the Court's July 31, 2025 Order) (Doc. #200).  *Id*.  Defendants indicate that they need additional time because they are investigating Plaintiff's allegations and declarations may be needed. *Id*. at 2518.

For good cause shown, Defendants' Motion (Doc. #201) is **GRANTED**.  Defendants' deadline for responding to Plaintiff's Motion for Status Conference and Temporary Restraining Order (Doc. #199) and Plaintiff's Memorandum (Doc. #200) is hereby **EXTENDED** until September 29, 2025.

**IT IS SO ORDERED.**

September 10, 2025

*s/Peter B. Silvain, Jr.*
Peter B. Silvain, Jr.
United States Magistrate Judge