IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| Rico Isaih Hairston, | : | Case No. 1:22-cv-104 |
| | : | |
| Plaintiff, | : | Judge Susan J. Dlott |
| | : | |
| v. | : | Order Adopting Report and |
| | : | Recommendation and Denying Motion |
| Frelon Sparks, *et al.*, | : | for Prospective Relief |
| | : | |
| Defendants. | : | |

This matter is before the Court on the Report and Recommendation entered by Magistrate Judge Peter B. Silvain, Jr. on July 31, 2025. (Doc. 193.) The Magistrate Judge recommended that the Court deny Plaintiff Rico Isaih Hairston's Motion for Prospective Relief (Doc. 183) pursuant to 18 U.S.C. § 3626. Hairston did not file objections to the Report and Recommendation.

Title 28 U.S.C § 636(b)(1)(B) & (C) and Federal Rule of Civil Procedure Rule 72(b)(1) authorize magistrate judges to make recommendations concerning dispositive motions and prisoner petitions challenging conditions of confinement. Parties then have fourteen days to make file and serve specific written objections to the report and recommendation. 28 U.S.C. 636(b)(1); Fed. R. Civ. P. 72(b)(2). "The district judge must determine de novo any part of the magistrate judge's disposition that has been properly objected to. The district judge may accept, reject, or modify the recommended disposition; receive further evidence; or return the matter to the magistrate judge with instructions." Fed. R. Civ. P. 72(b)(3); *see also* 28 U.S.C. § 636(b)(1) (substantially similar).

The Court agrees with the well-reasoned Report and Recommendation. Hairston has not

1

established that prospective relief in the form of a prisoner release order would be narrowly drawn, extend no further than necessary to correct the alleged violation of a Federal right, nor be the least intrusive means necessary to correct the alleged violation as required by 18 U.S.C. § 3626(a)(1)(A).  He also has not established that a previously entered order for less intrusive relief failed to remedy the alleged deprivation of a Federal right as required for a prisoner release order under 18 U.S.C. § 3626(a)(3)(A)(i).  For these reasons, Hairston is not entitled to the relief he seeks.

The Report and Recommendation (Doc. 193) is **ADOPTED**, and Plaintiff's Motion for Prospective Relief (Doc. 183) is **DENIED**.

**IT IS SO ORDERED.**

BY THE COURT:

S/Susan J. Dlott
Susan J. Dlott
United States District Judge