# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

| | |
|---|---|
| RICO ISAIH HAIRSTON, | Case No. 1:22-cv-104 |
| Plaintiff, | |
| vs. | District Judge Susan J. Dlott |
| | Magistrate Judge Peter B. Silvain, Jr. |
| FRELON SPARKS, *et al.*, | |
| Defendants. | |

## ORDER

This case is before the Court upon Plaintiff's Motion for Court to Make Decision on Plaintiff's Motion for Preliminary Injunction. (Doc. #169).

On April 7, 2022, United States District Judge Susan J. Dlott granted Plaintiff's motion for a temporary restraining order "to the extent that the SOCF Warden or the Warden's representative is directed to immediately place plaintiff in protective custody." (Doc. #16). Defendants subsequently submitted an affidavit from Cynthia Davis, Deputy Warden of Operations for Southern Ohio Correctional Facility. (Doc. #33). Ms. Davis stated that, upon learning of the Court's Order on April 7, 2022, Plaintiff was transferred to the Transitional Program Unit (TPU). *Id.* at 141. Ms. Davis explained that SOCF does not have a Protective Control (PC) unit. *Id.*

A Report and Recommendation will be issued forthwith on Plaintiff's Motion for Preliminary Injunction. Accordingly, Plaintiff's Motion for Court to Make Decision on Plaintiff's Motion for Preliminary Injunction (Doc. #169) is **DENIED**.

**IT IS SO ORDERED.**

September 29, 2025

*s/Peter B. Silvain, Jr.*
Peter B. Silvain, Jr.
United States Magistrate Judge