**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**WESTERN DIVISION AT DAYTON**

RICO ISAIH HAIRSTON,             :    Case No. 1:22-cv-104
                                     :
       Plaintiff,                   :
                                       :    District Judge Susan J. Dlott
vs.                                   :    Magistrate Judge Peter B. Silvain, Jr.
                                       :
FRELON SPARKS, *et al.*,            :
                                       :
       Defendants.              :
                                       :

---

**ORDER**

---

This case is before the Court upon Plaintiff's Request for Sanctions Against Warden Davis for Perjury.[1] (Doc. #191).

In his Motion, Plaintiff asserts that "Davis committed perjury, as she submitted a declaration to this Court swearing under penalty of perjury that she never sent any emails regarding [Plaintiff], and … she did."[2] *Id.* at 2409. Plaintiff requests that the Court compel full compliance with the Court's Order and issue sanctions against Davis. *Id.*

On July 31, 2025, the undersigned ordered Warden Davis to:

> conduct a search for all email communications sent to or from Defendants concerning Plaintiff between October 26, 2021 and April 24, 2022, and file an affidavit or declaration, no later than **August 22, 2025**, which must include (1) the steps she took to search for emails regarding Plaintiff during the relevant time period; (2) the results of such search; and (3) an explanation for the misstatement in her prior declaration. If Warden Davis finds any additional

---

[1] Plaintiff included his Motion with his Reply in support of his response to Defendants Nolan and Hupka's Notice of Compliance with the Court's January 31, 2025 Order.

[2] Plaintiff's filing was submitted in all capital letters. Quoted portions of the filing that appear in this Order use lower case letters for better readability. The undersigned has taken care to preserve the original meaning, as best as can be determined.

emails, she must produce such emails to Plaintiff on or before **August 22, 2025**.

(Doc. #192, *PageID* #2414).

On August 22, 2025, Warden Davis filed her Notice of Compliance with the Court's Order. (Doc. #198). Her Notice includes an affidavit from Warden Davis, an affidavit from Kristen DeVenny, and twenty-one emails. *Id.*

To the extent that Plaintiff requests the Court order compliance with its previous Order, Plaintiff's request is **DENIED** as moot. Furthermore, as Plaintiff's request for sanctions was filed prior to the Court's July 31, 2025 Order and Warden Davis' response, Plaintiff's request for sanctions is **DENIED** as premature.

**IT IS SO ORDERED.**

March 20, 2026

*s/Peter B. Silvain, Jr.*
Peter B. Silvain, Jr.
United States Magistrate Judge

2